UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Roger Fox,

                      Plaintiff,                    24-CV-7330 (KMK)

-v-

                                            CALENDAR NOTICE

Liberty Mutual Fire Insurance Company,

                      Defendant(s).
--------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Wednesday, June 17, 2026 at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066


Dated: June 4, 2026
        White Plains, New York


                                 So Ordered

                                 _____
                                 Kenneth M. Karas, U.S.D.J.