THE LAW OFFICE OF AARON M. SCHLOSSBERG, ESQ., P.L.L.C.

July 17, 2026

***VIA EMAIL***

The Honorable Kenneth M. Karas
United States District Court

Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re: *Fox v. Liberty Mutual Fire Insurance Company*
Civil Action No.: 7:24-cv-07330-KMK
Firm File No.: 24129-010

Dear Judge Karas:

This firm represents the plaintiff in this matter. Your undersigned has been sick this week. My client and I need a couple of extra days to complete the Rule 26 Initial Disclosures. Counsel for defendant has consented to extend the deadline to Tuesday July 21, 2026 for both parties to submit the Disclosures. I respectfully request that the Court consent. Thank you for your courtesies.

Respectfully,

*Aaron Schlossberg*

Aaron M. Schlossberg (AS – 7821)

cc: Marshall T. Potashner

So Ordered.

[signature]

7/17/26